# PORTALE | RANDAZZO

Drew W. Sumner, Esq.
DSumner@PortaleRandazzo.com

December 21, 2023

> Application granted. Motion to be served by 12/29/23. Opposition to be served by 1/29/24. Reply to be served, and all papers to be filed, by 2/12/24. The parties are reminded to send hard copies of their papers to chambers at the time they are served. The Clerk of Court is respectfully directed to terminate ECF Nos. 21, 22 and 24.
>
> SO ORDERED.
>
> *Cathy Seibel* 12/21/23
> CATHY SEIBEL, U.S.D.J.

**Via ECF**
Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Shane Burris v. County of Putnam, et al.*
             Docket No. 22 Civ. 10379 (CS)

Dear Judge Seibel:

      This firm represents Defendants Putnam County, Brian Aisenstat, John Kerwick, and Frank Gallipani in the above-mentioned matter. As the Court is aware, Defendants' motion for summary judgment is due to be served tomorrow, December 22, 2023. I write the Court today, with Plaintiff's counsel's consent, to request a one-week extension of the briefing deadlines because I am under the weather with a viral infection and that has prevented me from substantively working on the brief this week. The parties also wish to inform the Court that they intend to bundle the summary judgment briefing for filing on the date of Defendants' reply. This is the parties' first request for an extension of the briefing schedule. As such, the parties request that the Court modify the briefing schedule as follows:

- Defendants' motion for summary judgment to be served no later than December 29, 2023 (originally December 22, 2023);
- Plaintiff's opposition to be served no later than January 29, 2024 (originally January 22, 2024);
- Defendants' reply, and all briefing to be filed with the Court, no later than February 12, 2024 (originally February 5, 2024)

      Thank you for Your Honor's consideration and courtesy.

                                                    Respectfully submitted,

                                                    Drew W. Sumner

cc: Counsel of record via ECF.